**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**800 ADEPT, INC.,**

        **Plaintiff,**

-vs-                                      **Case No. 6:02-cv-1354-Orl-28DAB**

**MUREX SECURITIES, LTD., MUREX LICENSING CORPORATION, TARGUS INFORMATION CORPORATION, WEST CORPORATION,**

        **Defendants.**

## ORDER

This case is before the Court on 800 Adept's Objections to and Request for Judicial Review of Magistrate Judge's Order (Doc. 174). The Order at issue is the Order of the United States Magistrate Judge (Doc. 173) granting the Motion for Leave to Amend Defendants' Answers to Assert Additional Defense (Doc. 164). Defendants have filed a Response to 800 Adept's Objections. (Doc. 177).

Under 28 U.S.C. § 636(b)(1)(A), a district judge may reconsider a pretrial matter decided by a magistrate judge "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law." The Court has reviewed the Objection and Response and discerns no clear error in the magistrate judge's ruling. Accordingly, it is **ORDERED** that 800 Adept's Objections (Doc. 174) to the Order of the United States

Magistrate Judge (Doc. 173) is **OVERRULED** and the Order (Doc. 173) is **AFFIRMED**.

**DONE** and **ORDERED** in Orlando, Florida this __27__ day of May, 2005.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge David A. Baker
Counsel of Record
Unrepresented Party