UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**800 ADEPT, INC.,**

          **Plaintiff,**

-vs-                                 Case No.  6:02-cv-1354-Orl-28DAB

**MUREX SECURITIES, LTD., MUREX LICENSING CORPORATION, TARGUS INFORMATION CORPORATION, WEST CORPORATION,**

          **Defendants.**

_____

# ORDER

This case is before the Court on Motion to Dismiss Count II of First Amended Complaint (Doc. No. 199) filed January 11, 2006 and Plaintiff's Motion for Leave to File a Reply (Doc. No. 203) filed January 30, 2006.  The United States Magistrate Judge has submitted a report recommending that the Motion to Dismiss Count II of First Amended Complaint (Doc. No. 199) be granted and the Motion for Leave to File a Reply (Doc. No. 203) be denied as moot.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.  Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed February 7, 2006 (Doc. No. 206) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion to Dismiss Count II of First Amended Complaint (Doc. No. 199) is **GRANTED**.

3. The Motion for Leave to File a Reply (Doc. No. 203) is **DENIED as moot**.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __27__ day of February, 2006.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party