**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**800 ADEPT, INC.,**

        **Plaintiff,**

**-vs-**                                                    Case No.  6:02-cv-1354-Orl-19DAB

**MUREX SECURITIES, LTD., MUREX LICENSING CORPORATION, TARGUS INFORMATION CORPORATION, WEST CORPORATION,**

        **Defendants.**
_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **MOTION FOR ATTORNEY FEES (Doc. No. 482)**
>
> **FILED:** **April 25, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice.

> **MOTION:** **MOTION FOR LEAVE TO FILE REPLY TO DEFENDANTS' OPPOSITION (Doc. No. 495)**
>
> **FILED:** **May 23, 2007**
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED** without prejudice, as moot.

There is now pending an appeal from the final judgment. Determination of that appeal, regardless of its outcome, will greatly affect consideration of this motion. Any time spent analyzing the fee request at this juncture would be wasted. It does not appear that consideration of the appeal itself would be better informed if accompanied by a decision on fees.

For these reasons, it is **respectfully recommended** that Defendant's motion be denied without prejudice to reassertion after completion of the appellate process. *See* Comments to 1993 Amendments to Rule 58, F.R.Civ.P. The Court notes that, in view of the history and present posture of the case, and the large amount of fees sought (over four million dollars), it is appropriate to require Defendants to secure a letter of credit (in lieu of a bond) in the amount of the total fee claim, plus 20% (a total of $4,977,160.56) (*See* Doc. No. 496). It is so **recommended**.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on June 20, 2007.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy