# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

800 ADEPT, INC.,

    Plaintiff,

vs.                                                CASE NO. 6:02-CV-1354-ORL-19DAB

MUREX SECURITIES, LTD., MUREX
LICENSING CORPORATION, TARGUS
INFORMATION CORPORATION, WEST
CORPORATION,

    Defendant.

## ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 505, filed June 20, 2007). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 505) is **ADOPTED and AFFIRMED.** The Motion for Attorney Fees (Doc. No. 482, filed April 25, 2007) is **DENIED without prejudice** to reassertion after completion of the appellate process**.** The Motion for Leave to File Reply to Defendants' Opposition (Doc. No. 495, filed May 23, 2007) is **DENIED without prejudice, as moot.**

In view of the history and present posture of the case, and the large amount of fees sought, the Defendants shall secure a letter of credit (in lieu of a bond) in the amount of the total fee claim, plus 20% (a total of $4,977,160.56) pending conclusion of the appellate process. *See* Doc. No. 496. A copy of such letter of credit shall be provided to counsel for Plaintiff and shall be filed with this Court within eleven (11) days from this date.

**DONE AND ORDERED** at Orlando, Florida, this   22nd     day of July, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record