**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**800 ADEPT, INC.,**

        **Plaintiff,**

**-vs-**                                          **Case No. 6:02-cv-1354-Orl-98DAB**

**MUREX SECURITIES, LTD., MUREX LICENSING CORPORATION, TARGUS INFORMATION CORPORATION, WEST CORPORATION,**

        **Defendants.**

_____

## ORDER

This cause came on for consideration on the Court's own motion for a status and scheduling conference. As discussed at hearing, all sides agree to a stay of proceedings in order to give the parties an opportunity to adjust their course and consider what further proceedings, if any, are appropriate in the wake of the recent Federal Circuit ruling. This matter is thereby **STAYED**, pending the filing of a status report no later than November 3, 2008.

**DONE** and **ORDERED** in Orlando, Florida on September 18, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record