UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**800 ADEPT, INC.,**

    **Plaintiff,**

v.                                             **Case No. 6:02-cv-1354-ORL-35DAB**

**MUREX SECURITIES, LTD., et al.,**

    **Defendants.**

_____/

## JUDGMENT AND ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court on the request of Plaintiff 800 Adept, Inc. and Defendants Murex Securities, Ltd., Murex Licensing Corporation and Targus Corporation as well as Counterdefendant Adeptel, Inc. for the Court to enter Judgment as to these parties on the parties' Stipulated Judgment and Order of Dismissal (Docket No. 539), filed on July 28, 2009. The Court, having reviewed the stipulation, which was made in accordance with *800 Adept, Inc. v. Murex Securities, et al.*, 539 F.3d 1354 (Fed. Cir. 2008), *cert. denied*, No. 08-859 (U.S. Feb. 23, 2009), and being otherwise fully advised, hereby **GRANTS** the parties' motion and makes its order as follows:

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Targus Information Company, Murex Securities, Ltd., and Murex Licensing Corporation and against Plaintiff 800 Adept, Inc. on Plaintiff 800 Adept's claims of patent infringement and tortious interference;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants

-1-

Targus Information Company, Murex Securities, Ltd., and Murex Licensing Corporation and against 800 Adept, Inc. on Plaintiff 800 Adept's claims that Targus's U.S. Patent Nos. 5,506,897 and 5,848,131 are invalid, and the prior judgment in favor of 800 Adept regarding the invalidity of such claims has been reversed and vacated;

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff 800 Adept, Inc. and Counterdefendant Adeptel, Inc. that claim 69 of U.S. Patent No. 5,506,897, claims 1 and 50 of U.S. Patent No. 5,848,131, claim 19 of U.S. Patent No. 5,901,214, claims 1 and 20 of U.S. Patent No. 5,907,608, claims 4 and 13 of U.S. Patent No. 5,910,982, claim 1 of U.S. Patent No. 5,956,397, and claim 25 of U.S. Patent No. 6,058,179 are invalid, and also are not infringed as to the accused instrumentalities at trial; that claims 11 and 34 of U.S. Patent No. 4,757,267 (the "Riskin" Patent) are not infringed as to the accused instrumentalities at trial; that claim 46 of U.S. Patent No. 5,982,868 and claim 10 of U.S. Patent No. 6,091,810 are not infringed as to the accused instrumentalities at trial;

**IT IS ORDERED AND ADJUDGED** that Plaintiff 800 Adept's claims for a declaration that claim 46 of U.S. Patent No. 5,982,868 and claim 10 of U.S. Patent No. 6,091,810 are invalid is DISMISSED WITHOUT PREJUDICE;

**IT IS ORDERED AND ADJUDGED** that any other claims of these parties not addressed herein or in the Federal Circuit Order referenced above are DISMISSED WITHOUT PREJUDICE, with the exception of Plaintiff 800 Adept's claim for interfering patent claims brought pursuant to 35 U.S.C. § 291, which was previously dismissed by Plaintiff 800 Adept with prejudice; and,

**IT IS ORDERED AND ADJUDGED** that Plaintiff-counterdefendants 800 Adept, Inc. and Adeptel, Inc. shall bear their own costs and fees. Defendant-counterplaintiffs West Corporation, Targus Information Corporation, Murex Securities, Ltd., and Murex Licensing Corporation shall

bear their own costs and fees; provided, however, that Defendant West Corporation's costs and fees are to be borne among Defendant-counterplaintiffs as agreed by West Corporation and Defendant Targus Information Corporation.

Upon the entry of this Judgment as well as the separate Judgment with respect to remaining Defendant West Corporation, the **Clerk of Court** is directed to **CLOSE** this case.

SO ORDERED:

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Date: December 15, 2009

SHERYL L. LOESCH,
Clerk

(By) Deputy Clerk

Copies furnished to:
Counsel of Record
Any Unrepresented Party